IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **JEREMY GREY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| v. ) | Case No:  2:22-cv-2603-JTF-tmp |
| ) | |
| **M & N PROPERTY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

    Before the Court is the plaintiff's Stipulation of Dismissal filed on June 2, 2023. (ECF No. 28.) The notice provides that the case has settled and that the parties stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid. Accordingly, this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    **IT IS SO ORDERED** this 5th day of June, 2023.

                                                             ***s/John T. Fowlkes, Jr.***
                                                             JOHN T. FOWLKES, JR.
                                                             UNITED STATES DISTRICT JUDGE